AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| KBM WORLDWIDE, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:15-CV-7254 |
| HANGOVER JOE'S HOLDING CORP, ET AL ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KBM WORLDWIDE, INC.

Date: 05/16/2016

*Attorney's signature*

BERNARD S. FELDMAN (BSF2861)
*Printed name and bar number*

Bernard S. Feldman, P.C.
111 Great Neck Road - Suite 214
Great Neck, NY  11021

*Address*

Bernard@bsfpc.com
*E-mail address*

(516) 498-2900
*Telephone number*

(516) 466-3555
*FAX number*