# CIVIL CAUSE FOR TELEPHONE CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★  MAY 16 2016  ★

LONG ISLAND OFFICE

**DATE:** May 16, 2016     **TIME:** 11:15 am (30 min)

**CASE NUMBER:** 2:15-cv-07254-SJF-GRB

**CASE TITLE:** KBM Worldwide, Inc. v. Hangover Joe's Holding Corporation et al

**PLTFFS ATTY:** Robert Johnson   Bernard Feldman
_X_ present    ___ not present

___ present    ___ not present

**DEFTS ATTY:** Robert Young
_X_ present    ___ not present

___ present    ___ not present

___ present    ___ not present

**COURT REPORTER:** _____     **COURTROOM DEPUTY:** Bryan Morabito

**OTHER:** _____

X    CASE CALLED.

_    ARGUMENT HEARD / CONT'D TO _____.

_    DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** Defendant to serve motion by 6/16/16. Plaitiff to serve opposition by 6/30/11. Reply and fully briefed motion to be filed with the Court by 7/11/16. A further status conference is scheduled for 9/13/2016 at 11:15 a.m. before Judge Feuerstein.