ELLSWORTH & YOUNG LLP.
11 -11 44th Rd. - Suite 303
Long Island City, NY 11101
Telephone: (718) 875-8000
Facsimile: (718) 797-5739
Email: rjy24@aol.com

Honorable Judge Sandra J. Feuerstein,  June 16, 2016
100 Federal Plaza,
Central Islip, NY 11722,

                      Re: KBM WORLD WIDE INC.v. HANGOVER JOE'S
                      HOLDING CORP. AND MATTHEW VEAL
                      CV - 15 - 7254

Dear Judge Feuerstein:

      As per the Court's Rules, this letter will serve to inform the Court that a motion for summary judgment has been served in the above referenced matter on Plaintiff at the office of their attorney.

    As directed by the court pursuant to a telephone conference on or about May 16, 2016, the plaintiff will serve opposition by June 30, 2016 and Defendants will serve Reply by July 11, 2016.

    The motion will be E-filed by Movant in bundle form once the motion has been fully briefed.


                                                             /s/ Robert J. Young


cc: Robert P. Johnson, Esq.

NAIDICH WURMAN LLP
111 Great Neck Road, Suite 214
Great Neck, New York 11021
Tel No. (516) 498-2900
Fax No. (516) 466-3555
Email: rjohnson@nwlaw.com
Attorneys for Plaintiff