UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KBM WORLD WIDE INC. : | Civil Action # CV - 15 - 7254 |
|               Plaintiff, : | |
| : | |
| -against- : | |
| : | |
| : | |
| HANGOVER JOE'S HOLDING CORP. : | |
| AND MATTHEW VEAL : | |
| : | |

NOTICE OF MOTION

      PLEASE TAKE NOTICE that Defendants, HangoverJoe's Holding Corp. and Matthew Veal, will move this Court for Summary Judgment dismissing the Complaint, on a date and time to be set by the Court, before the Honorable Judge Sandra J. Feuerstein, U.S. District Judge, U. S. District Court for the Eastern District of New York, at the Central Islip Courthouse, located at 100 Federal Plaza, Central Islip, NY 11722, to enter an order granting summary judgment on the pleadings, and dismiss with prejudice Plaintiff's Complaint. Defendants also seek reasonable costs and attorneys' fees in connection with this motion. For support, Defendants submit an accompanying Memorandum of Law in Support of Defendants' Motion on the Pleadings, and a declaration of defendant, Matthew Veal, with supporting Exhibits.

Dated: New York, New York
June 16, 2016

                                                      ELLSWORTH & YOUNG LLP.
                                                       By: /s/ Robert J. Young
                                                       11 -11 44th Rd. - Suite 303
                                                       Long Island City, NY 11101
                                                       Telephone: (718) 875-8000
                                                       Facsimile: (718) 797-5739
                                                       Email: rjy24@aol.com
                                                       Attorneys for Defendants

To: Robert P. Johnson, Esq.

NAIDICH WURMAN LLP
111 Great Neck Road, Suite 214
Great Neck, New York 11021
Tel No. (516) 498-2900
Fax No. (516) 466-3555
Email: rjohnson@nwlaw.com
Attorneys for Plaintiff