**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
KBM WORLDWIDE, INC.,

                      Plaintiff,

- against -

HANGOVER JOE'S HOLDING CORPORATION
and MATTHEW VEAL,

                      Defendants.
----------------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 15-7254 (JMA) (GRB)

      An Adoption Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on September 14, 2018, adopting in its entirety the August 29, 2018 Report and Recommendation of United States Magistrate Judge Gary R. Brown, and granting plaintiff's motion for default judgment against defendant Hangover Joe's Holding Corporation; and an Order of Honorable Joan M. Azrack, United States District Judge, having been filed on April 30, 2019, directing the Clerk of the Court to enter judgment against defendant Hangover Joe's Holding Corporation as follows: defendant Hangover Joe's Holding Corporation is liable to the plaintiff KBM Worldwide, Inc., in the amount of $88,213.02, dismissing plaintiff's claims against defendant Matthew Veal, and directing the Clerk of the Court to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff KBM Worldwide, Inc., take nothing of defendant Matthew Veal; that plaintiff KBM Worldwide, Inc.'s claims against defendant Matthew Veal are dismissed; that plaintiff KBM Worldwide, Inc.'s motion for default judgment against defendant Hangover Joe's Holding Corporation is granted; that defendant Hangover Joe's Holding Corporation is liable to plaintiff KBM Worldwide, Inc., in the amount of $88,213.02; and that this case is closed.

Dated: Central Islip, New York
       April 30, 2019

                                           DOUGLAS C. PALMER
                                           CLERK OF THE COURT
                               BY:    /S/ JAMES J. TORITTO
                                             DEPUTY CLERK